| | | | |
|---|---|---|---|
| **Criminal Case Cover Sheet** | **FILED:** REDACTED | | **U.S. District Court** |

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** MSN

City:
Superseding Indictment:
**Criminal No.** 1:23-CR- 00188

County: Fairfax
Same Defendant:
New Defendant: X

Magistrate Judge Case No.:
**Arraignment Date:**

Search Warrant Case No.:
R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Paul Galgon, III    Alias(es):    ☐ Juvenile    FBI No.:

**Address:** Brick, NJ 08724

Employment:

**Birth Date:** xx/xx/1980    **SSN:** xxx-xxx-776    **Sex:** Male    Race:    Nationality: U.S. Citizen

**Place of Birth:** U.S.A.    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ Interpreter    **Language/Dialect:**    Auto Description:

**Location/Status:**

**Arrest Date:**    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

**Name:** Vaughan C. Jones    ☐ Court Appointed    Counsel Conflicts:
**Address:** 1622 West Main Street, Richmond, VA 23220    ☒ Retained
**Phone:** (804) 304-6899    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly R. Pedersen    **Phone:** (703) 299-3843    Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

Adam Gaab, USPS Special Agent

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1343, 2 | Wire Fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** 11/28/2023    **AUSA Signature:** *Kimberly R. Pedersen*    *may be continued on reverse*